1  Edward D. Boyack, Esq.
   Nevada Bar No. 5229
2  Adam J. Breeden, Esq.
3  Nevada Bar No. 8768
   **BOYACK ORME & ANTHONY**
4  7432 W. Sahara Avenue, Suite 101
   Las Vegas, Nevada 89117
5  702.562.3415
6  702.562.3570 (fax)
   ted@boyacklaw.com
7  adam@boyacklaw.com
   *Attorney for Copper Creek Estates*
8  *Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., Successor by Merger to BAC Home Loans Servicing, LP, | CASE NO. 2:16-cv-00447-JCM-GMF |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| vs. | |
| COPPER CREEK ESTATES HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; WEISUN PROPERTY, INC. | |
| Defendants. | |
| WEISUN PROPERTY INC.; PREMIER ONE HOLDINGS, INC., | |
| Counter-Claimant, | |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Counter-Defendant. | |

## STIPULATION AND ORDER TO CONTINUE HEARING

IT IS STIPULATED AND AGREED by and between Plaintiff/Counter Defendant, Bank of America, N.A., by and through their attorney, William S. Habdas, Esq., Defendant, Nevada Association Services, Inc., by and through their attorney, Christopher V. Yergensen, Esq.; Defendant/Counter Claimant, Premier One Holdings, Inc.; Weisun Property Inc., by and through their attorney, Joseph Y. Hong and Defendant, Copper Creek Estates Homeowners Association, by and through their attorney, Adam J. Breeden, Esq. hereby stipulate and request that this Court continue Bank of America's Motion for Leave to Amend hearing currently scheduled for May 1, 2018 continued to May 16, 2018 at 1:30 p.m.

| Dated this 19th day of April, 2018. | Dated this 19th day of April, 2018. |
|---|---|
| **AKERMAN LLP** | **HONG & HONG** |
| /s/ *WILLIAM S. HABDAS, ESQ.* | /s/ *Joseph H. Hong, Esq.* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff* | JOSEPH H. HONG, ESQ.<br>Nevada Bar No. 005995<br>10781 West Twain Avenue<br>Las Vegas, NV 89135<br><br>*Attorney for Premier One Holdings, Inc. and Weisun Property, Inc.* |
| Dated this 19th day of April, 2018. | Dated this 19th day of April, 2018. |
| **NEVADA ASSOCIATION SERVICES, INC.** | **BOYACK ORME & ANTHONY** |
| /s/ *BRANDON E. WOOD, ESQ.* | /s/ *EDWARD D. BOYACK, ESQ.* |
| CHRISTOPHER V. YERGENSEN, ESQ.<br>Nevada Bar No. 5333<br>BRANDON WOOD, ESQ.<br>Nevada Bar No. 12900<br>6224 W. Desert Inn Road<br>LAS VEGAS, NV 89146<br><br>*Attorneys for Nevada Association Services, Inc.* | EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>ADAM J. BREEDEN, ESQ.<br>Nevada Bar No. 8768<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, NV 89117<br><br>*Attorneys for Copper Creek Estates Homeowners Association* |

IT IS ORDERED that the hearing currently scheduled for May 1, 2018 be continued to May 16, 2018 at 1:30 p.m. in Courtroom 3D.

IT IS SO ORDERED this 20th day of April, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**
**2:16-CV-00447-JCM-GWF**
*Bank of America, N.A. v. Copper Creek Estates, et al.*

Respectfully submitted by:

BOYACK ORME & ANTHONY

*/s/ Edward D. Boyack*
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Adam J. Breeden, Esq.
Nevada Bar No. 8768
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117