Edward D. Boyack, Esq.
Nevada Bar No. 5229
Adam J. Breeden, Esq.
Nevada Bar No. 8768
**BOYACK ORME & ANTHONY**
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
702.562.3415
702.562.3570 (fax)
ted@boyacklaw.com
adam@boyacklaw.com
*Attorney for Copper Creek Estates Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., Successor by Merger to BAC Home Loans Servicing, LP,<br><br>Plaintiff,<br><br>vs.<br><br>COPPER CREEK ESTATES HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; WEISUN PROPERTY, INC.<br><br>Defendants.<br>WEISUN PROPERTY INC.; PREMIER ONE HOLDINGS, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Counter-Defendant. | CASE NO.   2:16-cv-00447-JCM-GMF<br><br>**STIPULATION AND ORDER TO EXTEND ANSWER TO FIRST AMENDED COMPLAINT** |

IT IS STIPULATED AND AGREED by and between Plaintiff/Counter Defendant, Bank of America, N.A., by and through their attorney, William S. Habdas, Esq., and

Defendant, Copper Creek Estates Homeowners Association, by and through their attorney, Adam J. Breeden, Esq. hereby stipulate and agree that Copper Creek Estates Homeowners Association will have an additional fourteen (14) days, until and through June 25, 2018 to file its response to BANA's First Amended complaint [ECF 43].

| Dated this ___ day of June, 2018. | Dated this ___ day of June, 2018. |
|---|---|
| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
| | */s/ EDWARD D. BOYACK, ESQ.* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>ADAM J. BREEDEN, ESQ.<br>Nevada Bar No. 8768<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, NV 89117 |
| *Attorneys for Plaintiff* | *Attorneys for Copper Creek Estates Homeowners Association* |

**IT IS SO ORDERED** this 7th day of June, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**
**2:16-CV-00447-JCM-GWF**
*Bank of America, N.A. v. Copper Creek Estates, et al.*

Respectfully submitted by:

BOYACK ORME & ANTHONY


*/s/ Edward D. Boyack*
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Adam J. Breeden, Esq.
Nevada Bar No. 8768
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117