ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>COPPER CREEK ESTATES HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; WEISUN PROPERTY INC.,<br><br>Defendants. | Case No. 2:16-cv-00447-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BANK OF AMERICA, N.A.'S DEADLINE TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 47]**<br><br>**(First Request)** |

Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP (**BANA**), Copper Creek Estates Homeowners Association, Premier One Holdings, Inc., and Weisun Property Inc. hereby and agree as follow:

1. On August 6, 2018, BANA filed is motion for summary judgment. ECF No. 47.

2. On August 27, 2018, Copper Creek, Premier One and Weisun filed oppositions to BANA's motion for summary judgment. ECF Nos. 49-50. BANA's deadline to reply in support of its motion for summary judgment responding to defendants' oppositions is September 10, 2018.

3. Counsel for BANA needs additional time to reply to the arguments raised in defendants oppositions. The additional time will allow BANA to properly address the issues raised.

4. The parties agree BANA's deadline to reply in support of its motion for summary

1

46323220;1

judgment shall be extended until September 20, 2018.

5. This stipulation is made in good faith and not for the purpose of delay.

DATED this 10th day of September 2018.

| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
|---|---|
| /s/ *Jamie K. Combs, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> WILLIAM HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> JAMIE K. COMBS, ESQ. <br> Nevada. Bar No. 13088 <br> 1635 Village Center Cir. Ste. 200 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Plaintiff The Bank of New York Mellon* | */s/ Adam J. Breeden* <br> EDWARD D. BOYACK, Esq. <br> Nevada Bar No. 5229 <br> ADAM J. BREEDEN, Esq. <br> Nevada Bar No. 8768 <br> 7432 W. Sahara Ave., Ste. 101 <br> Las Vegas, Nevada 89117 <br><br> *Attorney for Defendant Copper Creek Estates Homeowners Association* |

**HONG & HONG**

/s/ *Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
10781 West Twain Avenue
Las Vegas, Nevada 89135

*Attorney for Premier One Holdings, Inc. and Weisun Property Inc.*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 11, 2018

2

46323220;1